# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DANG dba LAW OFFICE OF JOSEPH DANG, an individual.<br><br>Plaintiff,<br><br>vs.<br><br>DAVID PONTIER, an individual; TEOCO Corporation Group Benefit Plan, a self funded group health plan; TEOCO Corporation, a Delaware Corporation; UMR, Inc., a Delaware Corporation; Glenn C. Nusbaum, an individual; Paul E. Kim, MD Inc., a California corporation; Kevin Yoo, an individual.<br><br>Defendants. | Case No. 19-CV-1519-GPC-AHG<br><br>**ORDER GRANTING JOINT MOTION EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30-DAYS** |

Based on the request and stipulation of the parties, the court hereby extends the deadline for Defendants TEOCO CORPORATION GROUP BENEFIT PLAN; TEOCO CORPORATION; and UMR INC., to respond to Plaintiff JOSEPH DANG dba LAW

///

///

1

OFFICE OF JOSEPH DANG'S Complaint in Interpleader from February 7, 2020 to **March 6, 2020**.

    **IT IS SO ORDERED.**

Dated: February 11, 2020

                                             Hon. Gonzalo P. Curiel
                                             United States District Judge