ANDREW A. SERVAIS, State Bar No. 239891
*aservais@wingertlaw.com*
AMY L. SIMONSON, State Bar No. 241781
*asimonson@wingertlaw.com*
MARK M. IMADA, State Bar No. 322113
*mimada@wingertlaw.com*
WINGERT GREBING BRUBAKER & JUSKIE LLP
One America Plaza, Suite 1200
600 West Broadway
San Diego, CA 92101
(619) 232-8151; Fax (619) 232-4665

Attorneys for Plaintiff and Counter Defendant, JOSEPH DANG

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION**

JOSEPH DANG, an individual doing business as LAW OFFICE OF JOSEPH DANG,

Plaintiff,

vs.

DAVID PONTIER, an individual; TEOCO CORPORATION GROUP BENEFIT PLAN, a self funded group health plan; TEOCO CORPORATION, A Delaware Corporation; UMR INC., A Delaware Corporation; GLENN C. NUSBAUM, an individual; PAUL E. KIM, MD INC., A California Corporation; KEVIN YOO, an individual,

Defendants.

DAVID PONTIER, an individual,

Counter Claimant,

vs.

Case No.: 3:19-cv-01519-GPC-AHG

**NOTICE OF MOTION TO ENJOIN FURTHER PROSECUTION OF OUT-OF-DISTRICT LAWSUITS**

Date: 12/18/2020
Time: 1:30 p.m.
Ctrm: 2D
District Judge: Hon. Gonzalo P. Curiel
Magistrate Judge: Hon. Allison H. Goddard

WINGERT GREBING BRUBAKER & JUSKIE LLP

JOSEPH DANG, an individual,

Counter Defendant.

PLEASE TAKE NOTICE that on December 18, 2020 at 1:30 p.m., or as soon thereafter as counsel may be heard in Hon. District Judge Gonzalo P. Curiel's Courtroom 2D of the above-entitled court, located at Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, Plaintiff and Counter Defendant, JOSEPH DANG ("Dang") will and hereby does move to enjoin Defendant/counter-claimant David Pontier from further prosecuting his identical lawsuit in District of Nevada (*Pontier v. GEICO et al.,* 2:20-cv-1446-RFB-BNW (D. Nev. Aug. 5, 2020)) based on the "first-to-file" rule. *Decker Coal Co. v. Commonwealth Edison Co.,* 805 F.2d 834, 843–844 (9th Cir. 1986) ("[w]hen a district court has jurisdiction over all parties involved, it may enjoin later filed actions.")

At the court's discretion, this hearing may be held telephonically and if the court informs the parties prior to the hearing that it is to be conducted telephonically, parties and their counsel should call the toll-free number: 1-877-848-7030 and enter the Access Code: 7030611, to participate in the conference call.

The party seeks this relief based on this notice, the memorandum in support thereof, and the declaration of Andrew A. Servais filed concurrently, all papers previously filed in this matter, and any such other argument and evidence that may be offered at the hearing of this matter.

Respectfully submitted,

Dated: October 29, 2020

WINGERT GREBING BRUBAKER & JUSKIE LLP

By: */s/ Andrew A. Servais*

ANDREW A. SERVAIS
AMY L. SIMONSON
MARK M. IMADA
Plaintiff and Counter Defendant,
JOSEPH DANG