ANDREW A. SERVAIS, State Bar No. 239891
*aservais@wingertlaw.com*
AMY L. SIMONSON, State Bar No. 241781
*asimonson@wingertlaw.com*
MARK M. IMADA, State Bar No. 322113
*mimada@wingertlaw.com*
WINGERT GREBING BRUBAKER & JUSKIE LLP
One America Plaza, Suite 1200
600 West Broadway
San Diego, CA 92101
(619) 232-8151; Fax (619) 232-4665

Attorneys for Plaintiff and Counter Defendant, JOSEPH DANG

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| JOSEPH DANG, an individual doing business as LAW OFFICE OF JOSEPH DANG,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID PONTIER, an individual; TEOCO CORPORATION GROUP BENEFIT PLAN, a self funded group health plan; TEOCO CORPORATION, A Delaware Corporation; UMR INC., A Delaware Corporation; GLENN C. NUSBAUM, an individual; PAUL E. KIM, MD INC., A California Corporation; KEVIN YOO, an individual,<br><br>Defendants.<br>_____<br>DAVID PONTIER, an individual,<br><br>Counter Claimant,<br><br>vs. | Case No.: 3:19-cv-01519-GPC-AHG<br><br>**DECLARATION OF ANDREW A. SERVAIS IN SUPPORT OF MOTION TO ENJOIN FURTHER PROSECUTION OF OUT-OF-DISTRICT LAWSUITS**<br><br>Date:   12/18/2020<br>Time:   1:30 p.m.<br>Ctrm:   2D<br>District Judge: Hon. Gonzalo P. Curiel<br>Magistrate Judge: Hon. Allison H. Goddard |

JOSEPH DANG, an individual,

          Counter Defendant.

### DECLARATION OF ANDREW A. SERVAIS

I, Andrew A. Servais, declare as follows:

1. I am an attorney at law duly licensed to practice before the courts of the State of California, and I am a partner at the law firm Wingert Grebing Brubaker & Juskie LLP, attorneys of record for Plaintiff and Counter Defendant, JOSEPH DANG ("Dang"), in the above-captioned action. I am fully familiar with the facts and circumstances in the above-entitled action as they relate to this declaration. Unless stated as relying on information and belief, the facts contained herein are based on my own personal knowledge and, if called upon, I could and would testify competently thereto.

2. On October 28, 2020, we received by mail Pontier's Motion for Change of Venue (not yet filed-no Dkt. No.), a true and correct copy of which is attached hereto as **Exhibit 1** and Pontier's Motion to Withdraw Request to Join Parties not yet filed-no Dkt. No.) a true and correct copy of which is attached hereto as **Exhibit 2.**

Respectfully submitted,

Dated: October 29, 2020

WINGERT GREBING BRUBAKER & JUSKIE LLP

By: _____
ANDREW A. SERVAIS
AMY L. SIMONSON
MARK M. IMADA
Plaintiff and Counter Defendant,
JOSEPH DANG