*Joseph Dang v. David Pontier, and Related Counter Claim*
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)**
**Case No.:  3:19-cv-01519-GPC-AHG**

**TABLE OF CONTENTS**

**For Exhibits to Declaration of Andrew A. Servais in Support of Joseph Dang's Motion to Enjoin Further Prosecution of Out-of-District Lawsuits**

| EXHIBIT | DATE | DESCRIPTION |
|---|---|---|
| Exhibit 1: | 10/23/2020 | Pontier's Motion for Change of Venue (not yet filed-no Dkt. No.) |
| Exhibit 2: | 10/23/2020 | Pontier's Motion to Withdraw Request to Join Parties not yet filed-no Dkt. No.) |

# EXHIBIT 1

1  David Pontier, Pro Se
2  7118 Pinelake Rd
3  Las Vegas, Nevada 89145
4  (702)-370-1636
5  email: lasvegasraiders8@gmail.com

6              UNITED STATES DISTRICT COURT

7              SOUTHERN DISTRICT OF CALIFORNIA

8  JOSEPH DANG d/b/a LAW OFFICE OF        Case No:  19cv1519-GPC-AHG
9  JOSEPH DANG, an individual.
10 Plaintiff,                              CTRM: 2D

11 v.                                      District Judge: Hon. Gonzalo P. Curiel

12 David Pontier, an individual;           Magistrate Judge: Hon Allison H. Goddard
13 TEOCO Corporation Group Benefit Plan.   Date:
14 a self-funded group health plan;  TEOCO
15 Corporation, A Delaware Corporation;
16 UMR Inc., A Deleware Corporation: Glenn
17 C. Nusbaum, an individual;  Paul E. Kim,
18 MD Inc., A California corporation;
19 Kevin Yoo, an individual.
20 Defendants.
21 _____

22 David Pontier
23 Counter Claimant

24 v.

25 Joseph Dang:
26 Counter Defendant

27 _____

28              **Motion for Change of Venue**

                                    1

1    **Comes Now** Counter Claimant David Pontier, Pro Se and moves this Honorable Court

2    for change of venue Counter Claimant David Pontier counter claims be removed to United

3    Stated District Court District of Nevada

4    Counter Claimant David Pontier has filed a separate action in United Stated District Court

5    District of Nevada against J.P. Morgan Chase Bank, G.E.I.C.O. Insurance and Farmers

6    Insurance.

7                                   **Coronavirus Pandemic**

8    Due to Coronavirus Pandemic Counter Claimant Pontier is at high risk due to his health

9    conditions for travel to San Diego, Ca.

10   Due to Coronavirus Pandemic air travel, hotel stay, renting a car would be high risk for

11   Counter Claimant Pontier.

12   Due to high risk health concerns created by the Coronavirus Pandemic Counter Claimant

13   Pontier request change of venue allowing Counter Claimant  Pontier to continue his counter

14   claims against Counter Defendant Dang in United Stated District Court District of Nevada.

15                                **Americans with Disabilities Act**

16   Counter Claimant Pontier suffers from spinal injuries since automobile accident March 18,

17   2012 chronic pain which limit his abilities to walk, bend over, and sit for extended periods of

18   time, concentrate.

2

Motion For Change of Venue                                          Case No: 19cv1519-GPC-AHG

1    Counter Claimant Pontier physical conditions require he take pain medication (4) times daily

2    over the past (8) years all of which has resulted in poor health, weight gain, high blood

3    pressure requiring (2) daily high blood pressure medications with side effects.

4    Counter Claimant Pontier, Pro se due to his physical limitations seeks accommodation under

5    American with Disabilities (ADA) Act USC 42 requesting change of venue for Counter

6    Claimant Pontier counter claims to United Stated District Court District of Nevada.

7    Respectfully Submitted

8    Dated: October 23, 2020

9

10   _____
11   David S. Pontier, Pro Se
12   7118 Pinelake Rd.
13   Las Vegas, Nevada 89145
14   (808)346-5488
15   email: lasvegasraiders8@gmail.com

16                          **PROOF OF SERVICE**

17   STATE OF NEVADA, COUNTY OF CLARK

18     I am a party to this action representing myself Pro Se.   I am presently unemployed due to

19   spinal injury my home address is 7118 Pinelake Rd., Las Vegas, Nevada 89145.

20     On October 23, 2020, I served the foregoing documents describe as Motion For Change of

21   Venue in the manner indicated below on the persons(s) listed on the attached service list:

Motion For Change of Venue                                    Case No: 19cv1519-GPC-AHG

1  ( ) BY ELECTRONIC MAIL On this date, I filed the above referenced document(s) via the

2  United States District Court, Central District of California electronic filing system and all

3  attorneys who have appeared in this matter that have registered for electronic service will be

4  served in that manner.

5  ( X ) BY MAIL To the following participants by causing a true copy thereof to be placed in a

6  sealed envelope with postage thereon fully prepaid to be placed in the United States mail in

7  Las Vegas, Nevada addressed as indicated herein below.

8  I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is

9  true and correct, and that this declaration was executed on

10  October 23, 2020  at Las Vegas, Nevada.

11  _____

12   David S. Pontier, Pro se.

13                              **<u>SERVICE LIST</u>**

14

15  ANDREW A. SERVAIS,
16  State Bar No. 239891 aservais@wingertlaw.com
17  WINGERT GREBING BRUBAKER & JUSKIE LLP
18  One America Plaza,
19  Suite 1200
20  600 West Broadway San Diego, CA 92101
21  (619) 232-8151;
22

4

Motion For Change of Venue                                    Case No: 19cv1519-GPC-AHG

1   Clerk's Office
2   U.S. District Court Southern District of California
3   Suite 420
4   333 West Broadway
5   San Diego, CA 92101

6

7

Motion For Change of Venue                                    Case No: 19cv1519-GPC-AHG

# EXHIBIT 2

1   David Pontier, Pro Se
2   7118 Pinelake Rd
3   Las Vegas, Nevada 89145
4   (702)-370-1636
5   email: lasvegasraiders8@gmail.com

6                    UNITED STATES DISTRICT COURT

7                  SOUTHERN DISTRICT OF CALIFORNIA

8   JOSEPH DANG d/b/a LAW OFFICE OF          Case No:  19cv1519-GPC-AHG
9   JOSEPH DANG, an individual.
10  Plaintiff,                               CTRM: 2D

11  v.                                       District Judge: Hon. Gonzalo P. Curiel

12  David Pontier, an individual;            Magistrate Judge: Hon Allison H. Goddard
13  TEOCO Corporation Group Benefit Plan.    Date:
14  a self-funded group health plan;  TEOCO
15  Corporation, A Delaware Corporation;
16  UMR Inc., A Deleware Corporation: Glenn
17  C. Nusbaum, an individual;  Paul E. Kim,
18  MD Inc., A California corporation;
19  Kevin Yoo, an individual.
20  Defendants.
21  _____

22  David Pontier
23  Counter Claimant

24  v.

25  Joseph Dang:
26  Counter Defendant

27  _____

28              **Motion to Withdraw Request to Join Parties**

                                    1

Motion To Withdraw Request To Join Parties                Case No: 19cv1519-GPC-AHG

**Comes Now** Counter Claimant David Pontier, Pro Se and moves this Honorable Court to withdraw Counter Claimant David Pontier Motion To Join parties and for good cause states:

Statement of Facts

In response to subpoena on   March 20, 2020  Counter Claimant Pontier was able to obtain JP Morgan Chase Bank certified copies of Farmers insurance check #1611425269 $50,000.00 G.E.I.C.O. insurance check#182519670 $50,000.00 deposit slips and account statements from JP Morgan Chase Bank, Inc. account attorney Counter Defendant  Dang client security account # 96714405.

On June 26, 2020 Counter Claimant Pontier submitted a Motion for Joinder seeking to add as Counter Defendants J.P. Morgan Chase Bank, G.E.I.C.O. Insurance and Farmers Insurance to counterclaims Counter Claimant Pontier had filed in United States District Court Southern District of California Case No:  19cv1519-GPC-AHG Interpleader

Hearing set for July 31, 2020.

Counter Defendant Dang deposited G.E.I.C.O. Insurance check #182519670 $50,000.00 August 12, 2016 missing payee Pontier signature endorsement to JP Morgan Chase Bank violation of California Commercial Code 3-420 Conversion of Instrument.

California Statute of Limitations 337 provides a (4) year period to file claims based upon written agreement or contract possibly providing an August 12, 2020 deadline for Counter

2

1   Claimant Pontier to initiate action based upon the August 12, 2016 check deposit against

2   G.E.I.C.O. Insurance and JP Morgan Chase Bank.

3   As Counter Defendant Dang actions were performed under guise of service under

4   "Contingency Fee Agreement" contract the deadline would not be applicable to Counter

5   Defendant Dang and (4) year period did not commence running until   10/29/2019 Counter

6   Defendant Dang last action on the "Contingency Fee Agreement" contract .

7   Counter Claimant Pontier received notice that the July 31, 2020 hearing on Motion for Joinder

8   had been rescheduled to September 24, 2020.

9   Counter Claimant Pontier realized there would be no ruling upon his Motion for Joinder until

10   after the August 12, 2020 possible deadline.

11   Due to concern statute of limitations 337 (4) years may expire prior to United States District

12   Court Southern District of California ruling on Counter Claimant Pontier Motion for Joinder.

13   Counter Claimant Pontier, Pro Se filed seperate legal action against J.P. Morgan Chase Bank,

14   G.E.I.C.O. Insurance and Farmers Insurance before August 12, 2020 deadline to avoid any

15   claim based upon California Statute 337 (4) year limitation period.

16   This Honorable Court issued Counter Claimant Pontier leave to amend October 8, 2020 with

17   deadline to amend October 23, 2020.

3

1   Counter Claimant Pontier no longer seeks to Join J.P. Morgan Chase Bank, G.E.I.C.O.

2   Insurance and Farmers Insurance due to possible statute of limitations deadline August 12,

3   2020 occurring prior to Counter Claimant Pontier receiving notice of leave to amend October

4   16, 2020.

5   Counter Claimant Pontier having filed a separate action against J.P. Morgan Chase Bank,

6   G.E.I.C.O. Insurance and Farmers Insurance and will continue with that action as statute of

7   limitations deadline may have expired August 12, 2020 to add J.P. Morgan Chase Bank,

8   G.E.I.C.O. Insurance and Farmers Insurance to  Counter Claimant Pontier counterclaims in this

9   action.

10                                   **Coronavirus Pandemic**

11

12   Counter Claimant Pontier falls within the high risk category for Coronavirus.

13   Due to Coronavirus Pandemic travel to San Diego, Ca would be high risk for Counter Claimant

14   Pontier requiring air travel, hotel stay, renting a car.

15   Due to high risk health concerns created by the Coronavirus Pandemic Counter Claimant

16   Pontier has determined it best Counter Claimant Pontier pursue his actions against J.P. Morgan

17   Chase Bank, G.E.I.C.O. Insurance and Farmers Insurance in Nevada courts.

18   DATED: October 23, 2020

4

Motion To Withdraw Request To Join Parties                                    Case No: 19cv1519-GPC-AHG

Respectfully Submitted

_____

David S. Pontier, Pro Se
7118 Pinelake Rd.
Las Vegas, Nevada 89145
(808)346-5488
email: lasvegasraiders8@gmail.com

## **PROOF OF SERVICE**

STATE OF NEVADA, COUNTY OF CLARK

I am a party to this action representing myself Pro Se.   I am presently unemployed due to spinal injury my home address is 7118 Pinelake Rd., Las Vegas, Nevada 89145.

On October 23, 2020, I served the foregoing documents describe as Motion to Withdraw Request to Join Parties in the manner indicated below on the persons(s) listed on the attached service list:

(  ) BY ELECTRONIC MAIL On this date, I filed the above referenced document(s) via the United States District Court, Central District of California electronic filing system and all attorneys who have appeared in this matter that have registered for electronic service will be served in that manner.

( X ) BY MAIL To the following participants by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid to be placed in the United States mail in Las Vegas, Nevada addressed as indicated herein below.

5

1   I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is

2   true and correct, and that this declaration was executed on

3   October 23, 2020  at Las Vegas, Nevada.

4   _____

5    David S. Pontier, Pro se.

6                          **<u>SERVICE LIST</u>**
7

8   ANDREW A. SERVAIS,
9   State Bar No. 239891 aservais@wingertlaw.com
10  WINGERT GREBING BRUBAKER & JUSKIE LLP
11  One America Plaza,
12  Suite 1200
13  600 West Broadway San Diego, CA 92101
14  (619) 232-8151;
15

16  Clerk's Office
17  U.S. District Court Southern District of California
18  Suite 420
19  333 West Broadway
20  San Diego, CA 92101

Motion To Withdraw Request To Join Parties                    Case No: 19cv1519-GPC-AHG