ANDREW A. SERVAIS, State Bar No. 239891
*aservais@wingertlaw.com*
AMY L. SIMONSON, State Bar No. 241781
*asimonson@wingertlaw.com*
MARK M. IMADA, State Bar No. 322113
*mimada@wingertlaw.com*
WINGERT GREBING BRUBAKER &
JUSKIE LLP
One America Plaza, Suite 1200
600 West Broadway
San Diego, CA 92101
(619) 232-8151; Fax (619) 232-4665

Attorneys for Plaintiff and Counter Defendant, Joseph Dang d/b/a/ Law
Office of Joseph Dang

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| JOSEPH DANG, an individual doing business as LAW OFFICE OF JOSEPH DANG, | Case No.: 3:19-cv-01519-GPC-AHG |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| DAVID PONTIER, an individual; TEOCO CORPORATION GROUP BENEFIT PLAN, a self funded group health plan; TEOCO CORPORATION, A Delaware Corporation; UMR INC., A Delaware Corporation; GLENN C. NUSBAUM, an individual; PAUL E. KIM, MD INC., A California Corporation; KEVIN YOO, an individual, | Ctrm: 2D<br>District Judge: Hon. Gonzalo P. Curiel<br>Magistrate Judge: Hon. Allison H. Goddard |
| Defendants. | |
| DAVID PONTIER, an individual, | |
| Counter Claimant, | |
| vs. | |

JOSEPH DANG, an individual,

        Counter Defendant.

I, the undersigned, declare that I am over the age of 18 and not a party to this action.  On behalf of the law firm of Wingert Grebing Brubaker & Juskie LLP located at One America Plaza, Suite 1200, 600 West Broadway, in San Diego, CA 92101.

I declare that on October 29, 2020, I served the following document(s):

**1.     NOTICE OF MOTION TO ENJOIN FURTHER PROSECUTION OF OUT-OF-DISTRICT LAWSUITS;**

**2.     MEMORANDUM IN SUPPORT OF MOTION TO ENJOIN FURTHER PROSECUTION OF OUT-OF-DISTRICT LAWSUITS;**

**3.     DECLARATION OF ANDREW A. SERVAIS IN SUPPORT OF MOTION TO ENJOIN FURTHER PROSECUTION OF OUT-OF-DISTRICT LAWSUITS;**

**4.     TABLE OF CONTENTS AND EXHIBITS IN SUPPORT OF DECLARATION OF ANDREW A. SERVAIS**

on the interested parties in this action:

David Pontier                           Defendant and Counter
7118 Pinelake Road               Claimant, In Pro Per
Las Vegas, NV 89145
Tel:   (702) 370-1636
Email:  ru4funlv@gmail.com

☒     (BY U.S. MAIL -- SERVED ONLY ON DAVID PONTIER)  F.R.C.P. Rule 5(b)(2)(C):  I placed the envelope for collection and mailing, following our ordinary business practices.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under the practice it would be deposited with United States Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.

☐     COURTESY COPY BY ELECTRONIC TRANSMISSION.  Only by e-mailing the document(s) to the persons at the e-mail address(es) listed based on notice provided on May 4, 2020 that, during the Coronavirus (COVID-19) pandemic,

1   this office will be working remotely, not able to send physical mail as usual, and

2   is therefore using only electronic mail.  No electronic message or other indication

3   that the transmission was unsuccessful was received within a reasonable time

4   after the transmission.

5   ☐   (BY OVERNIGHT MAIL) F.R.C.P. Rule 5(b)(2)(B):  I am readily familiar with

6   the practice of the firm for collection and processing of correspondence for

7   mailing by overnight mail.  Pursuant to this practice, the envelope or package

8   would be deposited in the overnight mail location located at 600 West Broadway,

9   San Diego, CA 92101 or a regularly utilized drop box of the overnight delivery

10   carrier in the ordinary course of business on the date of this declaration.

11   ☐   (BY FACSIMILE) F.R.C.P. Rule 5(b)(2)(F):  At the time of transmission, I was

12   at least 18 years of age and not a party to this legal proceeding.  I transmitted the

13   above-referenced documents by facsimile machine and no error was reported by

14   the machine.  I caused the machine to print a transmission record of the

15   transmission, a copy of which is attached to this certification.

16   ☐   (BY PERSONAL SERVICE) F.R.C.P. Rule 5(b)(2)(A):  I caused such

17   documents to be delivered by and to the offices of the addressee(s). (1) For a

18   party represented by an attorney, delivery was made to the attorney or at the

19   attorney's office by leaving the documents in an envelope or package clearly

20   labeled to identify the attorney being served with a receptionist or an individual in

21   charge of the office. (2) For a party, delivery was made to the party or by leaving

22   the documents at the party's residence with some person not less than 18 years of

23   age between the hours of eight in the morning and six in the evening.

24   ☒   (BY ELECTRONIC FILING/SERVICE) F.R.C.P. Rule 5(b)(2)(E):  Pursuant to

25   the United States District Court Procedural Rules for Electronic Case Filing and

26   the Case Management/Electronic Case Filing Rules, I electronically served the

27   above-listed documents on those parties on the service list for the above-entitled

28   case.

1    ☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of
2          this court at whose direction the service was made.
3          This declaration was executed on October 29, 2020, at San Diego, California.
4
5                                          _____
6                                          Tammie Neuhoff
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28