UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DANG d/b/a LAW OFFICE OF JOSEPH DANG, an individual`,<br><br>                                  Plaintiff,<br>v.<br><br>DAVID PONTIER, an individual; TEOCO Corporation Group Benefit Plan, a self funded group health plan; TEOCO Corporation, a Delaware Corporation; UMR Inc., a Delaware Corporation; Glenn C. Nusbaum, an individual; Paul E. Kim, MD Inc., a California corporation; Kevin Yoo, an individual,<br><br>                                  Defendants. | Case No.: 19cv1519 GPC(AHG)<br><br>**ORDER STAYING CASE PENDING APPEAL** |

      On January 11, 2011, Counterclaimant Pontier filed a notice of appeal of numerous orders of the Court. (Dkt. No. 159.) On March 10, 2021, the Ninth Circuit issued an order indicating that the only appealable issue is the Court's December 18, 2020 order granting Plaintiff Dang's motion to enjoin and directed Pontier to show cause why the scope of the appeal should not be limited to a review of that order. (Dkt. No. 163.) The Ninth Circuit's docket shows that Pontier filed a response to the Ninth Circuit order, and

1  Dang filed a reply to Pontier's response.  Accordingly, because the case remains on
2  appeal with the Ninth Circuit, the Court stays the case.  The Court vacates the hearing of
3  May 28, 2021 on Dang's summary judgment motion.
4       IT IS SO ORDERED.
5  Dated:  April 22, 2021

Hon. Gonzalo P. Curiel
United States District Judge