UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DANG, an individual doing business as LAW OFFICE OF JOSEPH DANG,<br><br>    Plaintiff / Counter-Defendant,<br><br>v.<br><br>DAVID PONTIER, et al.,<br><br>    Defendants / Counter-Claimant. | Case No.: 19cv1519-LL-AHG<br><br>**ORDER DEEMING MOTION WITHDRAWN** |

Pending before the Court is Plaintiff / Counter-Defendant's motion for summary judgment. ECF No. 164. In light of the Order Staying the Case (ECF No. 169), the pending motion for summary judgment (ECF No. 164) is **DEEMED WITHDRAWN** without prejudice to refiling after the conclusion of the appeal.

    **IT IS SO ORDERED**.

Dated: February 8, 2022

_____
Honorable Linda Lopez
United States District Judge